UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>    PLAINTIFFS<br><br>v.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE<br><br>    DEFENDANTS. | CIV. ACTION NO.<br>04-11355-MEL |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned, James A. Brett, Esquire, as Attorney for the Plaintiff in the above-entitled matter.

Respectfully submitted,

John M. Graebe

by his attorney,

_____
James A. Brett, Esquire
B.B.O. #056300
Wilson, Dawson & Brett
21 Custom House Street, Suite 300
Boston, MA  02110
Tel. 617-646-4111
Fax: 617-646-4413

## CERTIFICATE OF SERVICE

I, James A. Brett, Esquire, hereby certify that on this __16th__ day of December, 2005, I have served the foregoing Notice of Appearance upon the following counsel of record by mailing the same via first class mail, postage prepaid:

Peter D. Keisler, Esquire
Assistant Attorney General
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael J. Sullivan, Esquire
United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Patricia M. Connolly
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esquire
U.S. Department of Justice
Civil Division
PO Box 261, Ben Franklin Station
Washington, D.C.  20044

Joyce R. Branda, Esquire
U.S. Department of Justice
Civil Division
PO Box 261, Ben Franklin Station
Washington, D.C.  20044

Tracy L. Hilmer, Esquire
U.S. Department of Justice
Civil Division
PO Box 261, Ben Franklin Station
Washington, D.C.  20044

_____
James A. Brett, Esquire

2