UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>                Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-11355-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR ADDITIONAL TIME TO RESPOND TO AMENDED
COMPLAINT FOR ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE**

Plaintiff John M. Greabe and Anthem Blue Cross Blue Shield Of New Hampshire ("Anthem") hereby stipulate and agree that Anthem shall have through and including February 9, 2006 to answer or otherwise respond to the Amended Complaint filed in this matter. Plaintiff and Defendant state that there have been no prior extensions in this matter. The parties otherwise reserve, and do not waive, any and all rights, remedies, and defenses.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE, | ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE, |
| By his attorneys, | By its attorneys, |
| /s/ James A. Brett<br>James A. Brett (BBO # 056300)<br>Wilson, Dawson & Brett<br>21 Custom House Street<br>Boston, MA  02110<br>617-646-4111<br>617-646-4413 | /s/ Lawrence M. Kraus<br>Michael J. Tuteur (BBO # 543780)<br>Lawrence M. Kraus (BBO # 564561)<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Boston, Massachusetts 02199<br>617-342-4000<br>617-342-4001 |
| /s/ William J. Hardy<br>William J. Hardy (BBO # 221460)<br>William J. Hardy Law Offices<br>1140 Nineteenth Street, N.W., Suite 900<br>Washington, DC  20036<br>202-223-5120<br>202-223-5619 | |
| Dated:  January 5, 2006 | Dated:  January 5, 2006 |

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 5th day of January 2006 the foregoing document has been filed by electronic means through the ECF system.  Any of the following persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served by first class mail:

Peter D. Keisler, Esq.
Assistant Attorney General
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael J. Sullivan, Esq.
United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Patricia M. Connolly, Esq.
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Joyce R. Branda, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Tracy L. Hilmer, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Anthony F. Shelley, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, NW, Suite 900
Washington, D.C.  20005

                                                           /s/ Lawrence M. Kraus