UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>       Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE,<br><br>       Defendants. | Civil Action No. 04-11355-MEL |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lawrence M. Kraus of FOLEY & LARDNER LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, hereby enters his appearance as counsel for Defendant Anthem Blue Cross Blue Shield of New Hampshire in the above-captioned matter.

                                                      ANTHEM BLUE CROSS BLUE SHIELD
                                                      OF NEW HAMPSHIRE,
                                                      By its attorney,

                                                      /s/ Lawrence M. Kraus
                                                      Lawrence M. Kraus (BBO # 564561)
                                                      Foley & Lardner LLP
                                                      111 Huntington Avenue
                                                      Boston, Massachusetts 02199
                                                      Telephone: 617-342-4000
                                                      Facsimile: 617-342-4001

DATED: January 5, 2006

BOST_191055.1

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of January 2006 the foregoing document has been filed by electronic means through the ECF system.  Any of the following persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served by first class mail:

Peter D. Keisler, Esq.
Assistant Attorney General
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael J. Sullivan, Esq.
United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Patricia M. Connolly, Esq.
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Joyce R. Branda, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Tracy L. Hilmer, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Anthony F. Shelley, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, NW, Suite 900
Washington, D.C.  20005

                                                  /s/ Lawrence M. Kraus