UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>            Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE,<br><br>            Defendants. | C.A. No. 04-11355-MEL |

**STIPULATION FOR ADDITIONAL TIME TO RESPOND TO AMENDED
COMPLAINT**

Plaintiff John M. Greabe and Anthem Blue Cross Blue Shield Of New Hampshire and blue Cross Blue Shield Association hereby stipulate and agree that defendants shall have through and including February 27, 2006 to answer or otherwise respond to the Amended Complaint filed in this matter. Plaintiff and Defendant state that there have been no prior extensions in this matter. The parties otherwise reserve, and do not waive, any and all rights, remedies, and defenses.

ID # 459812v01/14907-2/ 02.03.2006

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE, | ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE, |
| By his attorneys, | By its attorneys, |

/s/ James A. Brett
James A. Brett (BBO # 056300)
Wilson, Dawson & Brett
21 Custom House Street
Boston, MA  02110
617-646-4111
617-646-4413

/s/ Lawrence M. Kraus
Michael J. Tuteur (BBO # 543780)
Lawrence M. Kraus (BBO # 564561)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617-342-4000
617-342-4001

/s/ William J. Hardy
William J. Hardy (BBO # 221460)
William J. Hardy Law Offices
1140 Nineteenth Street, N.W., Suite 900
Washington, DC  20036
202-223-5120
202-223-5619

BLUE CROSS BLUE SHIELD ASSN.
By its Attorneys,

/s/ Nicholas J. Nesgos
Posternak Blankstein & Lund
800 Boylston St., Prudential Tower
Boston, MA 02199
617-973-6168

Dated:  February 3, 2006

Dated:  February 3, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of February 2006 the foregoing document has been filed by electronic means through the ECF system. Any of the following persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served by first class mail:

Peter D. Keisler, Esq.
Assistant Attorney General
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael J. Sullivan, Esq.
United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Patricia M. Connolly, Esq.
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Joyce R. Branda, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Tracy L. Hilmer, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Anthony F. Shelley, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, NW, Suite 900
Washington, D.C.  20005

                                                /s/ Nicholas J. Nesgos