UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>          Plaintiff,<br><br>  vs.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-11355-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

      Please enter the appearance of Nicholas J. Nesgos as attorney for defendant Blue Cross Blue Shield Association in the above matter.

                                   Defendant,
                                   BLUE CROSS BLUE SHIELD ASSOCIATION,
                                   By Its Attorneys,


                                    /s/ Nicholas J. Nesgos
                                   Nicholas J. Nesgos, BBO No. 553177
                                   Posternak Blankstein & Lund LLP
                                   Prudential Tower
                                   800 Boylston Street
                                   Boston, MA 02199
Dated: February 3, 2006           (617) 973-6100

ID # 459810v01/14907-2/ 02.03.2006

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of February 2006 the foregoing document has been led by electronic means through the ECF system.  Any of the following persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served by first class mail:

Peter D. Keisler, Esq.
Assistant Attorney General
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael J. Sullivan, Esq.
United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Patricia M. Connolly, Esq.
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Joyce R. Branda, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Tracy L. Hilmer, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Anthony F. Shelley, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, NW, Suite 900
Washington, D.C.  20005

                                                    /s/ Nicholas J. Nesgos