UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE <br><br> Defendants. | Civil Action No. 04-11355-MEL |

## CERTIFICATE OF ADAM P. FEINBERG
### IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Adam P. Feinberg, hereby certify that the following is true and correct based on my personal knowledge:

1. I am a member of Miller & Chevalier Chartered, located at 655 15th St., NW, Suite 900, Washington, DC 20005, with a telephone number of (202) 626-5800 and a facsimile number of (202) 628-0858.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice: the District of Columbia and Virginia State Bars; the U.S. Courts of Appeals for the Fourth and Federal Circuits; the U.S. District Court for the Eastern District of Virginia; and the U.S. Court of Federal Claims.

3. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

-2-

4.   I have not been denied admission to the court of any state or to any federal court within the last five years.

5.   I have familiarized myself with and agree to abide by the Local Rules of the District of Massachusetts.

_____
Adam P. Feinberg

Dated: February 15, 2006