UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE, <br><br>     Plaintiffs, <br><br>     v. <br><br> BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE, <br><br>     Defendants. | Civil Action No. 04-11355-MEL |

**DEFENDANTS' JOINT MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), Defendants Blue Cross Blue Shield Association and Anthem Blue Cross Blue Shield of New Hampshire (collectively, "Defendants") respectfully move to dismiss the Amended Complaint filed by relator John M. Greabe (the "Relator"). Defendants move to dismiss the Amended Complaint on two independent grounds: (1) that the False Claims Act (31 U.S.C. §§ 3729 *et seq.*) violations it pleads are precluded by the Federal Employees Health Benefits Act (5 U.S.C. §§ 8901-8914) and the United States Office of Personnel Management's exclusive control over benefits paid and carriers' conduct under that Act, and (2) that it fails to plead any False Claims Act violation with the particularity required by Fed. R. Civ. P. 9(b). In support of this Motion, Defendants submit the accompanying Memorandum in Support of Defendants' Motion to Dismiss Amended Complaint.

WHEREFORE, Defendants respectfully ask this Court to allow the Defendants' Motion to Dismiss the Amended Complaint and to dismiss the Amended Complaint with prejudice.

### Certification of Counsel

Pursuant to Local Rule 7.1A(2), undersigned Defendants' counsel certifies that he has conferred with the opposing counsel prior to the filing of this dispositive motion. The Relator's counsel indicated that the Relator would oppose the dispositive motion and the parties agreed upon a briefing schedule.

Dated:  February 28, 2006

Respectfully submitted,

/s/      Nicholas J. Nesgos
Nicholas J. Nesgos, BBO No. 553177
nnesgos@pbl.com
Jennifer Finger, BBO No. 641830
jfinger@pbl.com
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-8004
Telephone:  (617) 973-6100
Fax:  (617) 367-2315

Anthony F. Shelley
ashelley@milchev.com
Adam P. Feinberg
afeinberg@milchev.com
Miller & Chevalier Chartered
655 15th St., NW
Suite 900
Washington, DC  20005
Telephone:  (202) 626-6800
Fax:  (202) 628-0858

*Counsel for Defendant Blue Cross Blue Shield Association*

-3-

/s/     Lawrence M. Kraus
Michael J. Tuteur, BBO No. 543780
mtuteur@foley.com
Lawrence M. Kraus, BBO No. 564561
lkraus@foley.com
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
Telephone:  617-342-4000
Fax:  617-342-4001

*Counsel for Defendant Anthem Blue Cross*
*Blue Shield of New Hampshire*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused the foregoing Defendants' Joint Motion to Dismiss Amended Complaint to be served electronically on the following on this 28th day of February, 2006:

      James A. Brett, Esquire
      Wilson, Dawson & Brett
      21 Customs House Street
      Boston, Massachusetts  02110

      William J. Hardy, Esquire
      William J. Hardy Law Offices
      1140 Nineteenth Street, N.W.
      Washington, D.C.  20036

      Patricia M. Connolly, Esquire
      Assistant United States Attorney
      1 Courthouse Way
      Suite 9200
      Boston, Massachusetts  02210

      Michael F. Hertz, Esquire
      Joyce R. Branda, Esquire
      Tracy L. Hilmer, Esquire
      U.S. Department of Justice
      Civil Division
      P.O. Box 261
      Ben Franklin Station
      Washington, DC  20044

      /s/_____Nicholas J. Nesgos_____
      Nicholas J. Nesgos