**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>JOHN M. GREABE,<br><br>  Plaintiffs,<br><br>  v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION<br>and<br>ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11355-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' ASSENTED-MOTION**
**TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES**

Defendants Blue Cross Blue Shield Association and Anthem Blue Cross Blue Shield of New Hampshire (collectively, "Defendants") hereby jointly move, with the assent of the relator John M. Greabe (the "Relator"), to file a Memorandum in support of their Joint Motion to Dismiss the Amended Complaint in excess of twenty pages.

As grounds for this Joint Motion, Defendants state as follows:

1. The Relator John M. Greabe assents to this Joint Motion.

2. Defendants' Memorandum in support of their Joint Motion to Dismiss is approximately 26 pages, including caption, signature blocks, and certificate of service.

3. Defendants are filing a single Joint Motion to Dismiss the Amended Complaint and single Joint Memorandum in Support thereof. In light of the fact that the

Memorandum addresses defenses to the action on behalf of multiple parties, Defendants believe that there is good cause for leave to file a brief in excess of twenty pages.

4.      In addition, in light of the issues in this action, in the Joint Memorandum Defendants are required to provide detailed background information regarding applicable statutes and regulations, as well as regarding the federal program at issue.

5.      Despite their best efforts, Defendants do not believe that these issues can be adequately briefed in twenty pages or fewer.

WHEREFORE, Defendants Blue Cross Blue Shield Association and Anthem Blue Cross Blue Shield of New Hampshire hereby jointly move, with the assent of the Relator John M. Greabe, to file a Memorandum in support of their Joint Motion to Dismiss the Amended Complaint in excess of twenty pages.

Dated:  February 28, 2006                                   Respectfully submitted,

/s/      Nicholas J. Nesgos
Nicholas J. Nesgos, BBO No. 553177
nnesgos@pbl.com
Jennifer Finger, BBO No. 641830
jfinger@pbl.com
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-8004
Telephone:  (617) 973-6100
Fax:  (617) 367-2315

-3-

Anthony F. Shelley
ashelley@milchev.com
Adam P. Feinberg
afeinberg@milchev.com
Miller & Chevalier Chartered
655 15th St., NW
Suite 900
Washington, DC  20005
Telephone:  (202) 626-6800
Fax:  (202) 628-0858

*Counsel for Defendant Blue Cross Blue Shield Association*


/s/      Lawrence M. Kraus
Michael J. Tuteur, BBO No. 543780
mtuteur@foley.com
Lawrence M. Kraus, BBO No. 564561
lkraus@foley.com
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
Telephone:  617-342-4000
Fax:  617-342-4001

*Counsel for Defendant Anthem Blue Cross Blue Shield of New Hampshire*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing Defendants' Assented-Motion to File Memorandum in Excess of Twenty Pages to be served electronically on the following on this 28th day of February, 2006:

James A. Brett, Esquire
Wilson, Dawson & Brett
21 Customs House Street
Boston, Massachusetts  02110

William J. Hardy, Esquire
William J. Hardy Law Offices
1140 Nineteenth Street, N.W.
Washington, D.C.  20036

Patricia M. Connolly, Esquire
Assistant United States Attorney
1 Courthouse Way
Suite 9200
Boston, Massachusetts  02210

Michael F. Hertz, Esquire
Joyce R. Branda, Esquire
Tracy L. Hilmer, Esquire
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

/s/_____Nicholas J. Nesgos_____
Nicholas J. Nesgos