**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE,

Plaintiffs,

v.

BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE,

Defendants.

Civil Action No. 04-11355-MEL

**CERTIFICATE OF SERVICE**

I, Nicholas J. Nesgos, hereby certify that on this 28th day of February, 2006, I caused a copy of (1) Defendants' Joint Motion to Dismiss Amended Complaint; (2) Defendants' Assented-Motion to File Memorandum in Excess of 20 Pages; and (3) Memorandum in Support of Defendants' Joint Motion to Dismiss Amended Complaint to be served electronically, on all counsel:

James A. Brett, Esquire
Wilson, Dawson & Brett
21 Customs House Street
Boston, Massachusetts 02110

William J. Hardy, Esquire
William J. Hardy Law Offices
1140 Nineteenth Street, N.W.
Washington, D.C. 20036

Patricia M. Connolly, Esquire
Assistant United States Attorney
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Michael F. Hertz, Esquire
Joyce R. Branda, Esquire
Tracy L. Hilmer, Esquire
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Dated: February 28, 2006

Respectfully submitted,

/s/ Nicholas J. Nesgos

Nicholas J. Nesgos, BBO No. 553177
nnesgos@pbl.com
Jennifer Finger, BBO No. 641830
jfinger@pbl.com
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-8004
Telephone: (617) 973-6100
Fax: (617) 367-2315

Anthony F. Shelley
ashelley@milchev.com
Adam P. Feinberg
afeinberg@milchev.com
Miller & Chevalier Chartered
655 15th St., NW
Suite 900
Washington, DC 20005
Telephone: (202) 626-6800
Fax: (202) 628-0858

*Counsel for Defendant Blue Cross Blue Shield Association*

/s/ Lawrence M. Kraus

Michael J. Tuteur, BBO No. 543780
mtuteur@foley.com
Lawrence M. Kraus, BBO No. 564561
lkraus@foley.com
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617-342-4000
Fax: 617-342-4001

*Counsel for Defendant Anthem Blue Cross Blue Shield of New Hampshire*