UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br>c/o WILSON, DAWSON & BRETT<br>21 Custom House Street<br>Boston, MA  02110<br><br>        PLAINTIFFS<br><br>v.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION<br>225 North Michigan Avenue<br>Chicago, IL  60601;<br><br>    and<br><br>ANTHEM BLUE CROSS BLUE SHIELD<br>    OF NEW HAMPSHIRE<br>3000 Goffs Falls Road<br>Manchester, NH  03111-0001<br><br>        DEFENDANTS. | CIV. ACTION NO. 04-11355-MEL |

**STIPULATION FOR ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff John M. Greabe and Anthem Blue Cross Blue Shield of New Hampshire and Blue Cross Blue Shield Association hereby stipulate and agree that the Plaintiff shall have through and including March 31, 2006 to respond to the Defendants' Joint Motion to Dismiss the Complaint filed in this matter. Plaintiff and Defendants state that they have no prior extensions in this matter. The parties otherwise reserve, and do not waive, any and all rights, remedies and defenses.

Respectfully submitted,

UNITED STATES OF AMERICA,
ex rel. JOHN M. GREABE,

By his attorneys,

/s/ James A. Brett
James A. Brett, Esquire
BBO #056300
Wilson, Dawson & Brett, Suite 300
21 Custom House Street
Boston, MA  02110
Tel. 617-646-4111
Fax:  617-646-4413


/s/ William J. Hardy
William J. Hardy, Esquire
BBO #221460
William J. Hardy Law Offices
1140 Nineteenth Street, N.W., Suite 900
Washington, DC  20036
Tel:  202-223-5120
Fax:  202-223-5619

Dated:  March 8, 2006

Respectfully submitted,

ANTHEM BLUE CROSS BLUE SHIELD
OF NEW HAMPSHIRE,

By its attorneys,

/s/ Michael J. Tuteur
Michael J. Tuteur – BBO #543780
Lawrence M. Kraus – BBO #564561
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199
Tel. 617-342-4000
Fax. 617-342-4001


BLUE CROSS BLUE SHIELD ASSN.

By its attorneys,

/s/ Nicholas J. Nesgos
Posternak Blankstein & Lund
800 Boylston Street, Prudential Tower
Boston, MA  02199
Tel. 617-973-6168

Dated:  March 8, 2006

CERTIFICATE OF SERVICE

I, James A. Brett, Esquire, hereby certify that on this 8th day of March, 2006, the foregoing Stipulation for Additional Time to Respond to Motion to Dismiss has been filed by electronic means through the ECF System. Any of the three persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served via first class mail, postage prepaid:

Nicholas J. Nesgos
Jennifer Finger
Posternak Blankstein & Lund LLP
800 Boylston Street, Prudential Tower
Boston, MA  02199-8004

Anthony F. Shelley
Adam P. Feinberg
Miller & Chevalier Chartered
655 15th St., NW, Suite 900
Washington, DC  20005

Michael J. Tuteur
Lawrence M. Kraus
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199

Patricia M. Connolly
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esquire
Joyce R. Branda, Esquire
Tracy L. Hilmer, Esquire
U.S. Department of Justice
Civil Division
PO Box 261, Ben Franklin Station
Washington, D.C.  20044

/s/ James A. Brett
James A. Brett, Esquire

3