UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**UNITED STATES OF AMERICA, ex rel.**
**JOHN M. GREABE,**

      **Plaintiffs**

    v.                                    Civil Action No. 04-11355-MEL

**BLUE CROSS BLUE SHIELD ASSOCIATION**
**and ANTHEM BLUE CROSS BLUE SHIELD**
**OF NEW HAMPSHIRE**

      **Defendants**

---

### Motion to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)

For the reasons explained in his contemporaneously filed Memorandum of Law in Opposition to Joint Motion to Dismiss Amended Complaint and in Support of Motion to File Second Amended Complaint, relator moves to file a second amended complaint (with exhibits), which he attaches hereto. Relator submits that justice requires the allowance of his motion in this instance, as there is no adequate reason for denial of relator's motion. See, e.g., States Resources Corp. v. The Architectural Team, Inc., 433 F.3d 73, 83 (1st Cir. 2005). Relator further submits that he has sought, but has been denied, defendants' assent to the filing of relator's motion.

                Respectively submitted,

                _/s/ James A. Brett_
                James A. Brett, Esquire
                B.B.O. # 056300
                Wilson, Dawson & Brett
                21 Custom House Street
                Boston, MA  02110

        Tel. 617-646-4111
        Fax: 617-646-4413

        /s/ William J. Hardy
        William J. Hardy, Esquire
        B.B.O. #221460
        William J. Hardy Law Offices
        1140 Nineteenth Street, N.W.
        Suite 900
        Washington, DC  20036
        Tel: 202-223-5120
        Fax: 202-223-5619

## CERTIFICATE OF SERVICE

I, James A. Brett, Esquire, hereby certify that on this 31st day of March, 2006, the foregoing has been filed by electronic means through the ECF System.  Any persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served via first class mail, postage prepaid:

Nicholas J. Nesgos
Jennifer Finger
Posternak Blankstein & Lund LLP
800 Boylston Street, Prudential Tower
Boston, MA  02199-8004

Anthony F. Shelley
Adam P. Feinberg
Miller & Chevalier Chartered
655 15th St., NW, Suite 900
Washington, DC  20005

Michael J. Tuteur
Lawrence M. Kraus
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199

Patricia M. Connolly
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esquire
Joyce R. Branda, Esquire
Tracy L. Hilmer, Esquire
U.S. Department of Justice
Civil Division
PO Box 261, Ben Franklin Station
Washington, D.C.  20044

                                                          /s/ James A. Brett
                                                          James A. Brett, Esquire