UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,　）
ex rel. JOHN M. GREABE,　）
　）
　　　　　Plaintiff,　）
　）
　　vs.　）
　）　C.A. No. 04-11355-MEL
　）
BLUE CROSS BLUE SHIELD　）
ASSOCIATION and ANTHEM BLUE　）
CROSS BLUE SHIELD OF NEW　）
HAMPSHIRE,　）
　）
　　　　　Defendants.　）
　）

**STIPULATION FOR ADDITIONAL TIME TO OPPOSE
MOTION TO FILE SECOND AMENDED COMPLAINT**

Plaintiff-Relator John M. Greabe and defendants Blue Cross Blue Shield Association and

Anthem Blue Cross Blue Shield Of New Hampshire ("Defendants") hereby stipulate and agree

that Defendants shall have through and including April 21, 2006 to oppose Plaintiff's Motion to

File Second Amended Complaint.

Respectfully submitted,

UNITED STATES OF AMERICA,
ex rel. JOHN M. GREABE,

By his attorneys,

/s/ James A. Brett
James A. Brett (BBO # 056300)
Wilson, Dawson & Brett
21 Custom House Street
Boston, MA  02110
617-646-4111
617-646-4413

/s/ William J. Hardy
William J. Hardy (BBO # 221460)
William J. Hardy Law Offices
1140 Nineteenth Street, N.W., Suite 900
Washington, DC  20036
202-223-5120
202-223-5619

Dated:  April 11, 2006

Respectfully submitted,

ANTHEM BLUE CROSS BLUE SHIELD
OF NEW HAMPSHIRE,

By its attorneys,

/s/ Lawrence M. Kraus
Michael J. Tuteur (BBO # 543780)
Lawrence M. Kraus (BBO # 564561)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617-342-4000
617-342-4001

Dated:  April 11, 2006

Respectfully submitted,

BLUE CROSS BLUE SHIELD
ASSOCIATION,

By its attorneys,

/s/ Nicholas J. Nesgos
Nicholas J. Nesgos (BBO #553177)
Jennifer Finger (BBO #641830)
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-8004
617-973-6100
617-367-2315

Dated April 11, 2006

2

## CERTIFICATE OF SERVICE

       I hereby certify that on this 11th day of April 2006 the foregoing document has been filed by electronic means through the ECF system.  Any of the following persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served by first class mail:

Peter D. Keisler, Esq.
Assistant Attorney General
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael J. Sullivan, Esq.
United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Patricia M. Connolly, Esq.
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Joyce R. Branda, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Tracy L. Hilmer, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, DC  20044

Anthony F. Shelley, Esq.
Miller & Chevalier Chartered
655 Fifteenth Street, NW, Suite 900
Washington, D.C.  20005

                                  /s/ Lawrence M. Kraus

BOST_190412.1