## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE,   Plaintiffs   v.   BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE   Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-11355-MEL |

### Notice of Intention to file Motion for Leave to Reply

**NOW COMES**, the Realtor, by his attorneys, Wiggin & Nourie, P.A. and states as follows:

1.      Realtor hereby gives notice of his intention to file a Motion for Leave to Reply pursuant to Local Rule 7.1(B)(3);

2.      The Motion and Memorandum supporting the Motion will be filed within 14 days of Defendants' Opposition to Plaintiffs' to Amend, in accordance with Local Rule 7.1(B)(2).

Respectfully Submitted,
John M. Greabe
By his Attorneys,

Dated: April 24, 2006                    /s/ Richard B. McNamara
Richard B. McNamara, Esquire, BBO 339420
Wiggin & Nourie, P.A.
670 N. Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
(603) 669-2211

**Certificate of Service**

I, hereby certify that a copy of the foregoing Notice of Intention to File for Leave to Reply have been served electronically on the following on this 24th day of April, 2006:

James A. Brett, Esquire
Wilson, Dawson & Brett
21 Customs House Street
Boston, MA 02110

William J. Hardy, Esquire
William J. Hardy Law Offices
1140 Nineteenth Street, N.W.
Washington, DC 20036

Patricia M. Connolly, Esquire
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Michael F. Hertz, Esquire
Joyce R. Branda, Esquire
Tracy L. Hilmer, Esquire
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Nicholas J. Nesgos, Esquire
Jennifer Finger, Esquire
Posternak, Blankstein & Lund, LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-8004

Anthony F. Shelley, Esquire
Adam Feinberg, Esquire
Miller & Chevalier Chartered
655 15th Street, N.W., Suite 900
Washington, DC 20005

Michael J. Tuteur, Esquire
Lawrence M, Kraus, Esquire
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199

Dated:  April 24, 2006                                   /s/ Richard B. McNamara
                                                         Richard B. McNamara, Esquire

00719707.DOC

2