UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. )<br>JOHN M. GREABE, )<br>    )<br>        Plaintiffs )<br>    )<br>v.    )<br>    )<br>BLUE CROSS BLUE SHIELD ASSOCIATION )<br>and ANTHEM BLUE CROSS BLUE SHIELD )<br>OF NEW HAMPSHIRE )<br>    )<br>        Defendants )<br>    ) | Civil Action No. 04-11355-MEL |

### Motion to Withdraw as Counsel for Plaintiff

The undersigned, James A. Brett and William J. Hardy hereby move pursuant to Local Rule 83.5.2(c) that they be allowed to withdraw as Counsel for the Plaintiff, John M. Greabe, and as grounds therefore say that Richard B. McNamara has entered a Notice of Appearance on behalf of John M. Greabe; no trial has been set; no hearings or conferences are scheduled. There is currently pending before this Court a Motion to Dismiss the First Amended Complaint, an Opposition to which has been filed by the Plaintiff as well as a Motion to File a Second Amended Complaint. The Defendants have filed an Opposition to the Motion to Amend the Second Amended Complaint and Plaintiff's successor Counsel, Richard McNamara, has filed a Notice of Intent to Reply to the Opposition. Therefore, there are no pleadings or reports which either of the undersigned are required to file as of this date.

Respectively submitted,

        /s/ James A. Brett
        James A. Brett, Esquire
        B.B.O. # 056300
        Wilson, Dawson & Brett
        21 Custom House Street
        Boston, MA   02110
        Tel. 617-646-4111
        Fax:  617-646-4413

        /s/ William J. Hardy
        William J. Hardy, Esquire
        B.B.O. #221460
        William J. Hardy Law Offices
        1140 Nineteenth Street, N.W.
        Suite 900
        Washington, DC   20036
        Tel:  202-223-5120
        Fax:  202-223-5619

## CERTIFICATE OF SERVICE

I, James A. Brett, Esquire, hereby certify that on this 25th day of April, 2006, the foregoing has been filed by electronic means through the ECF System.  Any persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served via first class mail, postage prepaid:

Nicholas J. Nesgos
Jennifer Finger
Posternak Blankstein & Lund LLP
800 Boylston Street, Prudential Tower
Boston, MA  02199-8004

Anthony F. Shelley
Adam P. Feinberg
Miller & Chevalier Chartered
655 15th St., NW, Suite 900
Washington, DC  20005


Michael J. Tuteur
Lawrence M. Kraus

Foley & Lardner LLP
111 Huntington Avenue
Boston, MA  02199

Patricia M. Connolly
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael F. Hertz, Esquire
Joyce R. Branda, Esquire
Tracy L. Hilmer, Esquire
U.S. Department of Justice
Civil Division
PO Box 261, Ben Franklin Station
Washington, D.C.  20044

John M. Greabe
296 Gage Hill Road
Hopkinton, NH  03229

Richard B. McNamara, Esquire
670 N. Commercial Street, Suite 305
PO Box 808
Manchester, NH  03105-0808

                                                                   /s/ James A. Brett
                                                           James A. Brett, Esquire