## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>JOHN M. GREABE,<br><br>Plaintiffs<br><br>v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION<br>and ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE<br><br>Defendants | Civil Action No. 04-11355 MEL |

## RELATOR'S MOTION TO FILE REPLY TO DEFENDANTS' JOINT OPPOSITION TO RELATOR'S MOTION TO FILE A SECOND AMENDED COMPLAINT

NOW COMES Relator, John M. Greabe, by undersigned counsel, and moves for leave to file a reply to defendants' Joint Opposition to Relator's Motion to File a Second Amended Complaint.  In support of this motion, Relator states as follows:

1. Relator believes that a short reply would assist the Court.  Relator also believes that a reply is necessary to correct any misimpression that may be created by the misdescription of Relator's claims, and of the relevant legal precedent, contained in defendants' Joint Opposition.

2. The reply that Relator seeks to file is attached to this motion as Exhibit 1.

3. Counsel for Anthem Blue Cross/Blue Shield of NH assents to the filing of this Motion for Leave to Reply; Counsel for the United States Attorneys' Office assents to the filing of this Motion for Leave to Reply; Relator has

1

sought, but has been unable to obtain defendant Blue Cross/Blue Shield

Association's consent to the relief requested in this motion.

WHEREFORE, Relator John M. Greabe respectfully requests that this

Honorable Court:

A.  Grant Relator leave to file the attached reply; and

B.  Grant such other and further relief as may be just and equitable.

> Respectfully submitted,
>
> Relator, John M. Greabe
>
> By his attorneys,
>
> WIGGIN & NOURIE, P.A.
>
> By: */s/ Richard B. McNamara*
>     Richard B. McNamara, BBO#
>     Stephanie A. Bray, BBO#650408
>     670 No. Commercial Street, Ste 305
>     P.O. Box 808
>     Manchester, NH 03105
>     (603) 669-2211

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to File Reply has been forwarded to all counsel of record pursuant to the Court's rules and procedures concerning electronic filing.  Any persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served via first class mail, postage prepaid:

Nicholas J. Nesgos
Jennifer Finger
Posternak, Blankstein & Lund, LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-8004

Patricia M. Connolly
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Anthony F. Shelley
Adam P. Feinberg
Miller & Chevalier Chartered
655 15th Street, NW, Suite 900
Washington, DC
Michael J. Tuteur
Lawrence M. Kraus
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199

00722630.DOC

Michael F. Hertz
Joyce R. Branda
Tracy L. Hilmer
U.S. Dept. of Justice, Civil Division
PO Box 261, Ben Franklin Station
Washington, D.C. 20044