UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>        Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-11355-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

    Please enter the appearance of Joseph W. Corrigan as co-counsel along with Nicholas J. Nesgos for defendant Blue Cross Blue Shield Association in the above matter.

                  Defendant,
                  BLUE CROSS BLUE SHIELD ASSOCIATION,
                  By Its Attorneys,


                    /s/ Joseph W. Corrigan
                  Nicholas J. Nesgos, BBO No. 553177
                  Joseph W. Corrigan, BBO No. 647393
                  Posternak Blankstein & Lund LLP
                  Prudential Tower
                  800 Boylston Street
                  Boston, MA 02199
Dated: May 12, 2006       (617) 973-6100

ID # 471234v01/14907-2/ 05.12.2006

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of May 2006 the foregoing document has been led by electronic means through the ECF system.  Any of the following persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served by first class mail.

                                        /s/ Joseph W. Corrigan