UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE, <br><br> Plaintiff, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE, <br><br> Defendants. | C.A. No. 04-11355-MEL |

## DEFENDANTS BLUE CROSS BLUE SHIELD ASSOCIATION'S AND ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE'S ASSENTED TO JOINT MOTION TO EXTEND TIME TO RESPOND TO UNITED STATES' STATEMENT OF INTEREST

Defendants Blue Cross Blue Association ("Blue Cross") and Anthem Blue Cross Blue Shield of New Hampshire ("Anthem") hereby file this assented to Joint Motion to Extend the Time for Filing a Response to the United States' Statement of Interest, and in support hereof state:

1.  On or about May 16, 2006, the United States filed a Statement of Interest on Defendants' Joint Motion to Dismiss.

2.  On or about May 17, 2006, oral argument was had on the Motion to Dismiss and the Relator's Motion to Amend the Complaint by this Court.

3.  At oral argument the Court permitted Defendants an opportunity to file a response to the United States' Statement of Interest with the Court in 14 days.

4. Defendants Blue Cross and Anthem hereby respectfully request a 7 day extension of this filing deadline, making the response to the United State's Statement of Interest due on Tuesday, June 6, 2006.

5. Counsel for the United States and the Relator have been contacted and assent to this Motion to Extend Time to Respond to the United States' Statement of Interest.

Respectfully submitted,

ANTHEM BLUE CROSS BLUE SHIELD
OF NEW HAMPSHIRE,

By its attorneys,

/s/ Lawrence M. Kraus
Michael J. Tuteur (BBO # 543780)
Lawrence M. Kraus (BBO # 564561)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617-342-4000
617-342-4001

BLUE CROSS BLUE SHIELD ASSN.

By its Attorneys,

/s/ Joseph W. Corrigan
Joseph W. Corrigan (BBO # 647393)
Posternak Blankstein & Lund, LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199
617-973-6151

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2006 the foregoing document has been filed by electronic means through the ECF system. All parties of record will be served by ECF notice.

/s/ Joseph W. Corrigan