UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE, <br><br> Plaintiff, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE, <br><br> Defendants. | C.A. No. 04-11355-MEL |

**STIPULATION FOR ADDITIONAL TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff-Relator John M. Greabe and defendants Blue Cross Blue Shield Association and Anthem Blue Cross Blue Shield Of New Hampshire ("Defendants") hereby stipulate and agree that Defendants shall have through and including March 26, 2007 to answer Plaintiff's Second Amended Complaint.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| JOHN M. GREABE, Relator | ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE, |
| By his attorneys, | By its attorneys, |

/s/ Stephanie A. Bray
Richard B. McNamara
Stephanie A. Bray (BBO #650408)
Wiggin & Nourie, P.A.
670 North Commercial Street
P.O. Box 808
Manchester, NH 03105-0808
603-669-2211
603-623-8442

/s/ Lawrence M. Kraus
Michael J. Tuteur (BBO # 543780)
Lawrence M. Kraus (BBO # 564561)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617-342-4000
617-342-4001
lkraus@foley.com

Respectfully submitted,

BLUE CROSS BLUE SHIELD ASSOCIATION,

By its attorneys,

/s/ Nicholas J. Nesgos
Nicholas J. Nesgos (BBO #553177)
Jennifer Finger (BBO #641830)
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-8004
617-973-6100
617-367-2315

Dated: March 12, 2007

/s/ Adam P. Feinberg
Anthony F. Shelly (admitted *pro hac vice*)
Adam P. Feinberg (admitted *pro hac vice*)
Miller & Chevalier
655 15th Street, N.W., Suite 900
Washington, D.C. 20005
202-626-5800

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of March, 2007 the foregoing document has been filed by electronic means through the ECF system.  Any persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served by first class mail.

                        /s/ Lawrence M. Kraus