EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE, <br><br> Plaintiffs <br><br> v. <br><br> BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE <br><br> Defendants | ) ) ) ) ) ) ) Civil Action No. 04-11355-MEL ) ) ) ) ) ) ) |

## RELATOR'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Relator John M. Greabe has conferred with counsel:

(A) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Date:  July 18, 2007                    _/s/ John M. Greabe_____
                                         John M. Greabe


                                         WIGGIN & NOURIE, P.A
Date:  July 18, 2007
                                    By:  /s/ Richard B. McNamara_____
                                         Richard B. McNamara, BBO#
                                         Stephanie A. Bray, BBO#650408
                                         670 North Commercial St., Suite 305
                                         P.O. Box 808
                                         Manchester, NH 03105
                                         (603) 669-2211