**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE,<br><br>   Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE,<br><br>   Defendants. | C.A. No. 04-11355-MEL |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Defendant Anthem Blue Cross Blue Shield of New Hampshire and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

ANTHEM BLUE CROSS BLUE SHIELD
OF NEW HAMPSHIRE,
By its attorneys,

/s/ Lawrence M. Kraus
Michael J. Tuteur (BBO # 543780)
Lawrence M. Kraus (BBO # 564561)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617-342-4000

BOST_234518.1

         617-342-4001
         lkraus@foley.com

Dated: July 18, 2007

         Anthem Blue Cross Blue Shield of New Hampshire,

         /s/ Pamela C. Williams
        By: Pamela C. Williams, Esq.

        Title: Vice President and Counsel
Dated: July 18, 2007        WellPoint, Inc.

2