UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE, <br><br> Plaintiff, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 04-11355-MEL ) ) ) ) ) ) ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), Defendant Blue Cross and Blue Shield Association and its counsel hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

        Respectfully submitted,

        BLUE CROSS AND BLUE SHIELD
        ASSOCIATION,

        By its attorneys,

        Miller & Chevalier Chartered

        /s/ Adam P. Feinberg
        Anthony F. Shelley
        ashelley@milchev.com
        Adam P. Feinberg
        afeinberg@milchev.com
        655 15th St., NW
        Suite 900

      Washington, D.C.  20005
      Telephone: (202) 626-6800
      Fax:  (202) 626-5801

      Posternak Blankenstein & Lund LLP
      Nicholas J. Nesgos, BBO #553177
      nnesgos@pbl.com
      Jennifer Finger, BBO #641830
      jfinger@pbl.com
      Prudential Tower, 800 Boylston St.
      Boston, MA  02199-8004
      Telephone:  (617) 973-6100
      Fax:  (617) 367-2315

      BLUE CROSS AND BLUE SHIELD
      ASSOCIATION,

        /s/ Elizabeth J. Gant
      By: Elizabeth J. Gant, Esquire

      Title:  Associate Counsel

Dated: July 23, 2007              Blue Cross and Blue Shield Association

773556.1