UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>        Plaintiff,<br><br>vs.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE,<br><br>        Defendants. | C.A. No. 04-11355-MEL |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF/RELATOR'S MOTION TO POSTPONE COMPUTATION OF DAMAGES REQUIRED BY F.R.C.P. 26(a)(1) AND OF THE SETTLEMENT PROPOSAL <u>REQUIRED UNDER L.R. 16.1(C)</u>**

    Defendants Blue Cross Blue Shield Association and Anthem Blue Cross Blue Shield Of New Hampshire ("Defendants") hereby move the Court for an unopposed extension of time through and including <u>August 17, 2007</u> to respond to Plaintiff/Relator's Motion to Postpone Computation of Damages Required by F.R.C.P. 26(a)(1) ("Motion") and of the Settlement Proposal Required under L.R. 16.1(C) ("Settlement Proposal"). In support of this unopposed motion, Defendants state:

    1.    This is Defendants' first request for an extension of time. Defendants seek this extension of ten (10) days because one of their attorneys is on vacation through August 20, 2007 and another is involved in an evidentiary hearing out of state.

    2.    Relator's counsel does not oppose this request. Defendants are not aware of any other deadlines that would be affected by this request.

WHEREFORE, Defendants Blue Cross Blue Shield Association and Anthem Blue Cross Blue Shield Of New Hampshire respectfully request that the Court enter an order granting its Motion for Extension of Time to file a response to Plaintiff/Relator's Motion to Postpone Computation of Damages Required by F.R.C.P. 26(a)(1) ("Motion") and of the Settlement Proposal Required under L.R. 16.1(C) through and including <u>August 17, 2007</u>.

BOST_259295.1

Respectfully submitted,

ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE,

By its attorneys,

/s/ Michael J. Tuteur
Michael J. Tuteur (BBO # 543780)
Lawrence M. Kraus (BBO # 564561)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617-342-4000
617-342-4001
lkraus@foley.com

Respectfully submitted,

BLUE CROSS BLUE SHIELD ASSOCIATION,

By its attorneys,

/s/ Nicholas J. Nesgos
Nicholas J. Nesgos (BBO #553177)
Jennifer Finger (BBO #641830)
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199-8004
617-973-6100
617-367-2315

Dated: August 7, 2007

/s/ Adam P. Feinberg
Anthony F. Shelley (admitted *pro hac vice*)
Adam P. Feinberg (admitted *pro hac vice*)
Miller & Chevalier
655 15th Street, N.W., Suite 900
Washington, D.C. 20005
202-626-5800

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of August, 2007 the foregoing document has been filed by electronic means through the ECF system. Any persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served by first class mail.

                                                      /s/ Michael J. Tuteur