UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-11355-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUBSTITUTION OF APPEARANCE**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Plaintiff, United States of America, in substitution for Assistant United States Patricia M. Connolly.

                  Respectfully submitted,

                  MICHAEL J. SULLIVAN
                  United States Attorney

By:    /s/ Jeffrey M Cohen
         Jeffrey M. Cohen
         Assistant U.S. Attorney
         John J. Moakley U.S. Courthouse
         1 Courthouse Way, Suite 9200
         Boston, MA  02210
         (617) 748-3100

Dated: August 14, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 14, 2007.

    /s/ Jeffrey M Cohen
    Jeffrey M. Cohen
    Assistant U.S. Attorney