UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. )<br>JOHN M. GREABE, )<br> )<br> )<br>   Plaintiffs )<br> )<br>v. )<br> )<br>BLUE CROSS BLUE SHIELD ASSOCIATION )<br>and ANTHEM BLUE CROSS BLUE SHIELD )<br>OF NEW HAMPSHIRE )<br> )<br>   Defendants )<br> ) | Civil Action No. 04-11355 MEL |

RELATOR'S SUPPLEMENT TO JOINT STATEMENT
PURSUANT TO L.R. 16.1

NOW COMES Relator, John M. Greabe, by and through his attorneys, Wiggin &

Nourie, P.A., and pursuant to this Court's Order of August 24, 2007, supplements the

Joint Statement filed by the parties pursuant Local Rule 16.1 ("Joint Statement"). The

Relator reserves his right to further supplement the Joint Statement.

3.    **Settlement Proposals Pursuant to LR 16.1(c)**

Relator suggests the following as a settlement proposal.

(1)    Relator is willing to accept for the benefit of the government,

penalties of $1,309,000.

(2)    Relator is willing to enter into expedited and focused discovery on

the amount of *quantum meruit* offset BCBS can reasonably claim it

is entitled to.  Once that number is established, the parties can

mediate the sum the Government should receive as compensatory

damages and whether the damages should be trebled.

(3)    Assuming that BCBS will agree to a floor of the payment of

penalties in the amount of $1,309,000, Relator will mediate the

amount of costs and mediate the amount of money it is entitled to as

a *quantum meruit* offset for the services provided to the government,

and the Petitioner will also mediate the amount of costs and

attorney's fees to which it is entitled.

Respectfully submitted,

**RELATOR, JOHN M. GREABE**

by his attorneys,

**WIGGIN & NOURIE, P.A.**

Date: September 7, 2007

By: /s/ Richard B. McNamara
Richard B. McNamara, BBO#339420
Stephanie A. Bray, BBO#650408
670 No. Commercial Street, Ste 305
P.O. Box 808
Manchester, NH 03105
(603) 669-2211

Certificate of Service

I hereby certify that on this day, a copy of the foregoing *Relator's Supplement to Joint Statement Pursuant to L.R. 16.1* was forwarded to all counsel of record pursuant to the Court's rules and procedures concerning electronic filing. Any persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served via first class mail, postage prepaid:

Nicholas J. Nesgos
Jennifer Finger
Posternak, Blankstein & Lund, LLP
800 Boylston Street, Prudential Tower
Boston, MA 02199-8004

Anthony F. Shelley
Adam P. Feinberg
Miller & Chevalier Chartered
655 15th Street, NW, Suite 900
Washington, DC

Michael J. Tuteur
Lawrence M. Kraus
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199

Jeffrey Mark Cohen
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Michael F. Hertz
Joyce R. Branda
Tracy L. Hilmer
U.S. Dept. of Justice, Civil Division
PO Box 261, Ben Franklin Station
Washington, D.C. 20044

Date:    September 7, 2007

By: /s/ Richard B. McNamara

859815.doc

3