UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. <br> JOHN M. GREABE, <br> <br> Plaintiffs <br> <br> v. <br> <br> BLUE CROSS BLUE SHIELD ASSOCIATION <br> and ANTHEM BLUE CROSS BLUE SHIELD <br> OF NEW HAMPSHIRE <br> <br> Defendants | Civil Action No. 04-11355-MEL |

## ASSENTED-TO MOTION TO WITHDRAW

NOW COMES Stephanie A. Bray, one of the attorneys for Relator, John M. Greabe, and respectfully requests that this Honorable Court permit her to withdraw from further representation of Relator, and states as follows:

1. Attorney Bray has accepted a position with New Hampshire Legal Assistance in Concord, New Hampshire and will be leaving the firm of Wiggin & Nourie, P.A.

2. Relator will continue to be represented by Richard B. McNamara.

WHEREFORE, it is requested that this Honorable Court:

A. Allow the withdrawal of Attorney Stephanie A. Bray; and

B. Grant such other and further relief as may be just and equitable.

                                        Respectfully submitted,

                                        Relator, John M. Greabe

                                        By his attorneys,

                                        WIGGIN & NOURIE, P.A

Date: November 1, 2007

                                        By: */s/ Stephanie A.Bray*
                                        Stephanie A. Bray, BBO#650408
                                        Richard B. McNamara, BBO#
                                        670 North Commercial St., Suite 305
                                        P.O. Box 808
                                        Manchester, NH 03105
                                        (603) 669-2211

Certificate of Service

      I hereby certify that on this day, a copy of the foregoing Motion to Withdraw was forwarded to all counsel of record pursuant to the Court's rules and procedures concerning electronic filing.  Any persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served via first class mail, postage prepaid:

| | |
|---|---|
| Nicholas J. Nesgos<br>Jennifer Finger<br>Posternak, Blankstein & Lund, LLP<br>800 Boylston Street, Prudential Tower<br>Boston, MA 02199-8004 | Jeffrey Mark Cohen<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 |
| Anthony F. Shelley<br>Adam P. Feinberg<br>Miller & Chevalier Chartered<br>655 15th Street, NW, Suite 900<br>Washington, DC | Michael F. Hertz<br>Joyce R. Branda<br>Tracy L. Hilmer<br>U.S. Dept. of Justice, Civil Division<br>PO Box 261, Ben Franklin Station<br>Washington, D.C. 20044 |
| Michael J. Tuteur<br>Lawrence M. Kraus<br>Foley & Lardner, LLP<br>111 Huntington Avenue<br>Boston, MA 02199 | |

Date:   November 1, 2007        By: /s/ Stephanie A. Bray

00872877.DOC