# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>JOHN M. GREABE,<br><br>    Plaintiffs<br><br>  v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION<br>and ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-11355-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO SUBSTITUTE AMENDED JOINT STATEMENT PURSUANT TO L. R. 16.1

Relator John M. Greabe ("Relator") and defendants Blue Cross Blue Shield Association ("BCBSA") and Anthem Health Plans of New Hampshire, Inc. ("Anthem") (collectively, "defendants") hereby respectfully request as follows:

1. The parties respectfully request that this Honorable Court substitute the Amended Joint Statement attached hereto as Exhibit 1 to replace the prior exhibit.

2. All parties assent to this Motion and assent to the relief requested.

3. No memorandum of law is required since the relief requested is in the discretion of this Honorable Court.

WHEREFORE, the Relator John M. Greabe requests as follows:

A. Substitute the Amended Joint Statement pursuant to Local Rule 16.1 for the pleading already filed with the Court; and

B. Grant such other relief as may be just.

                                                  Respectfully submitted,

                                                  Relator, John M. Greabe

                                                  By his attorneys,

                                                  WIGGIN & NOURIE, P.A

Date:  December 19, 2007

                                   By:   */s/ Richard B. McNamara*
                                                   Richard B. McNamara, BBO#339420
                                                   670 North Commercial St., Suite 305
                                                   P.O. Box 808
                                                   Manchester, NH 03105
                                                   (603) 669-2211

                                                  Defendant, Blue Cross Blue Shield
                                                 Association

                                                 By its Attorneys,

                                                 Miller & Chevalier Chartered

Date:  December 19, 2007                /s/ Adam P. Feinberg
                                               Anthony F. Shelley
                                               ashelley@milchev.com
                                               Adam P. Feinberg
                                               afeinberg@milchev.com
                                               655 15th St., NW
                                               Suite 900
                                               Washington, DC 20005
                                               Telephone: (202) 626-6800
                                               Fax:  (202) 628-0858

                                               Posternak Blankenstein & Lund LLP
                                               Nicholas J. Nesgos, BBO #553177
                                               nnesgos@pbl.com
                                               Prudential Tower, 800 Boylston St.
                                               Boston, MA 02199-8004
                                               Telephone:  (617) 973-6100
                                               Fax:  (617) 367-2315

                                               Defendant, Anthem Blue Cross Blue Shield
                                               of New Hampshire
                                               By its Attorneys

                                               Foley & Lardner, LLP

3

Date:  December 19, 2007          /s/ Lawrence M. Kraus
                                  Lawrence M. Kraus, BBO #564561
                                  lkraus@foley.com
                                  Michael J. Tuteur, BBO #543780
                                  mtuteur@foley.com
                                  111 Huntington Ave.
                                  Boston, MA 02199
                                  Telephone (617) 342-4000
                                  Fax (617)342-4001

Case 1:04-cv-11355-RWZ   Document 56   Filed 12/20/2007   Page 3 of 3

3