UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>JOHN M. GREABE,<br><br>         Plaintiffs<br><br>   v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION<br>and ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE<br><br>         Defendants | Civil Action No. 04-11355 MEL |

### RELATOR'S ASSENTED-TO MOTION TO APPROVE AND ORDER CONFIDENTIALITY AGREEMENTS

NOW COMES Relator, John M. Greabe, by and through his attorneys, Wiggin & Nourie, P.A., with the assent of the Defendants, and respectfully moves this Honorable Court to approve and order the "[Proposed] Consent Confidentiality Order" and "Stipulated Protective Order Governing Confidential Health Information."

1.    The parties have reached agreements relative to confidential information and protected health information provided in discovery in the above-referenced matter. The "[Proposed] Consent Confidentiality Order" is attached as Exhibit A. The "Stipulated Protective Order Governing Confidential Health Information" is attached as Exhibit B. The parties request that the Court approve and order these agreements.

1

2. Defendants Blue Cross Blue Shield Association and Anthem Blue Cross Blue Shield of New Hampshire have been contacted relative to this motion and assent to the relief requested herein.

3. No memorandum of law is required since the relief requested is within the discretion of the Honorable Court.

WHEREFORE, the Relator, John M. Greabe, prays that this Honorable Court:

A. Approve and order the attached "[Proposed] Consent Confidentiality Order" and "Stipulated Protective Order Governing Confidential Health Information;" and

B. Grant any other such relief as it deems just and proper.

Respectfully submitted,

**RELATOR, JOHN M. GREABE**

by his attorneys,

**WIGGIN & NOURIE, P.A.**

Date:   December 20, 2007                By:  /s/ Richard B. McNamara
                                              Richard B. McNamara, BBO#339420
                                              670 No. Commercial Street, Ste 305
                                              P.O. Box 808
                                              Manchester, NH 03105-0808
                                              (603) 669-2211

Certificate of Service

      I hereby certify that a copy of the foregoing Assented-to Motion to Approve and Order Confidentiality Agreements has been forwarded to all counsel of record pursuant to the Court's rules and procedures concerning electronic filing. Any persons not receiving notification through ECF as noted on the Notification of Electronic Filing will be conventionally served via first class mail, postage prepaid:

| | |
|---|---|
| Nicholas J. Nesgos<br>Posternak, Blankstein & Lund, LLP<br>800 Boylston Street, Prudential Tower<br>Boston, MA 02199-8004 | Patricia M. Connolly<br>Assistant United States Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210210 |
| Anthony F. Shelley<br>Adam P. Feinberg<br>Miller & Chevalier Chartered<br>655 15th Street, NW, Suite 900<br>Washington, DC | Michael F. Hertz<br>Joyce R. Branda<br>Tracy L. Hilmer<br>U.S. Dept. of Justice, Civil Div.<br>PO Box 261, Ben Franklin Station<br>Washington, D.C. 20044 |
| Michael J. Tuteur<br>Lawrence M. Kraus<br>Foley & Lardner, LLP<br>111 Huntington Avenue<br>Boston, MA 02199 | |
| Date:  December 20, 2007 | By: /s/ Richard B. McNamara |