UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>JOHN M. GREABE,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION<br>and ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE<br><br>　　　　　Defendants | Civil Action No. 04-11355-MEL |

## SECOND MOTION TO SUBSTITUTE AMENDED JOINT STATEMENT PURSUANT TO L. R. 16.1

Relator John M. Greabe ("Relator") and defendants Blue Cross Blue Shield Association ("BCBSA") and Anthem Health Plans of New Hampshire, Inc. ("Anthem") (collectively, "defendants") hereby respectfully request as follows:

　　1.　　The parties respectfully request that this Honorable Court substitute the Second Amended Joint Statement attached hereto as Exhibit 1 to replace the prior exhibit.

　　2.　　All parties assent to this Motion and assent to the relief requested.

　　3.　　No memorandum of law is required since the relief requested is in the discretion of this Honorable Court.

　　WHEREFORE, the Relator John M. Greabe requests as follows:

　　A.　　Substitute the Second Amended Joint Statement pursuant to Local Rule 16.1 for the pleading already filed with the Court; and

　　B.　　Grant such other relief as may be just.

                                      Respectfully submitted,

                                      Relator, John M. Greabe

                                      By his attorneys,

                                      Wiggin & Nourie, P.A

Date: March 13, 2008

                    By:    */s/ Richard B. McNamara*
                                      Richard B. McNamara, BBO#339420
                                      670 North Commercial St., Suite 305
                                      P.O. Box 808
                                      Manchester, NH 03105
                                      (603) 669-2211

                                      Defendant, Blue Cross Blue Shield
                                      Association

                                      By its Attorneys,

                                      Miller & Chevalier Chartered

Date: March 13, 2008                  /s/ Adam P. Feinberg
                                      Anthony F. Shelley
                                      ashelley@milchev.com
                                      Adam P. Feinberg
                                      afeinberg@milchev.com
                                      655 15th St., NW
                                      Suite 900
                                      Washington, DC 20005
                                      Telephone: (202) 626-6800
                                      Fax: (202) 628-0858

                                      Posternak Blankenstein & Lund LLP
                                      Nicholas J. Nesgos, BBO #553177
                                      nnesgos@pbl.com
                                      Prudential Tower, 800 Boylston St.
                                      Boston, MA 02199-8004
                                      Telephone: (617) 973-6100
                                      Fax: (617) 367-2315

|  |  |
|---|---|
|  | Defendant, Anthem Blue Cross Blue Shield of New Hampshire<br>By its Attorneys<br><br>Foley & Lardner, LLP |
| Date: March 13, 2008 | /s/ Lawrence M. Kraus<br>Lawrence M. Kraus, BBO #564561<br>lkraus@foley.com<br>Michael J. Tuteur, BBO #543780<br>mtuteur@foley.com<br>111 Huntington Ave.<br>Boston, MA 02199<br>Telephone (617) 342-4000<br>Fax (617) 342-4001 |