**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

March 18, 2008

CHAMBERS OF
JUDGE MORRIS E. LASKER

Richard B. McNamara, Esq.
670 North Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105

Adam P. Feinberg, Esq.
Anthony F. Shelley, Esq.
655 15th Street, NW
Suite 900
Washington, D.C. 20005

Nicholas J. Nesgos, Esq.
Posternak Flankenstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-8004

    Re: United States of America, ex rel. v. Blue Cross Blue Shield Association, et al
     Civil Action No. 04-11355-MEL

Dear Counsel:

  I have today granted your Second Motion to Substitute Amended Joint Statement Pursuant to L. R. 16.1. I take this occasion to inform you that because I have discontinued trying cases and am devoting myself exclusively to mediation, I will arrange for your case to be transferred to another judge of this court in accordance with the rules of this court.

           Very truly yours,

           Morris E. Lasker
           United States District Judge