UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.** **JOHN M. GREABE,**      **Plaintiffs,**      v. **BLUE CROSS BLUE SHIELD ASSOCIATION** **and ANTHEM BLUE CROSS BLUE SHIELD** **OF NEW HAMPSHIRE**      **Defendants.** | ) ) ) ) ) Civil Action No. 04CV11355-NG ) ) ) ) ) |

### ORDER OF RECUSAL

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

**Date: March 19, 2008**         */s/Nancy Gertner*
                                  **NANCY GERTNER, U.S.D.C.**