UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>JOHN M. GREABE,<br><br>   Plaintiffs<br><br>  v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION<br>and ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE<br><br>   Defendants | Civil Action No. 04-11355 MEL |

**ASSENTED-TO MOTION TO ADMIT ADAM R. MORDECAI
AS COUNSEL *PRO HAC VICE***

NOW COMES Relator, John M. Greabe, by and through his attorneys, Wiggin & Nourie, P.A., and with the assent of the Defendants, and respectfully moves this Honorable Court for an order pursuant to Local Rule 83.5.3(b) admitting Adam R. Mordecai, Esq., of Wiggin & Nourie, P.A., 670 No. Commercial Street, Suite 305, P.O. Box 808, Manchester, NH, 03101, to practice before this Court *pro hac vice* on behalf of the Relator in the above-captioned matter. In support thereof, the Relator states as follows:

  1. Adam R. Mordecai, Esquire, is a member in good standing of the Bar of New Hampshire.

  2. The undersigned, a member in good standing of the Massachusetts Bar, will be associated with Attorney Mordecai in litigating the above-captioned action.

    3.    The affidavit of Attorney Mordecai is submitted in support of this Motion, along with the required filing fee of $50.00.

    4.    The Defendants assent to the relief requested herein. No memorandum of law is required since the relief requested is within the discretion of this Honorable Court.

WHEREFORE, the Relator, John M. Greabe, prays that this Honorable Court:

    A.    Grant the Relator's Motion to Admit Adam R. Mordecai, Esq. as Counsel *pro hac vice*; and

    B.    Grant any other such relief as it deems just and proper.

Respectfully submitted,

**RELATOR, JOHN M. GREABE**

by his attorneys,

**WIGGIN & NOURIE, P.A.**

Dated: May 16, 2008    By: /s/ Richard B. McNamara
Richard B. McNamara, BBO#
670 No. Commercial Street, Ste 305
P.O. Box 808
Manchester, NH 03105
(603) 669-2211

Certificate of Service

I hereby certify that a copy of the foregoing Motion to File Reply has been forwarded to all counsel of record pursuant to the Court's rules and procedures concerning electronic filing.

                                              /s/ Richard B. McNamara
                                                Richard B. McNamara

00924175.DOC