UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. JOHN M. GREABE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD<br>ASSOCIATION and ANTHEM BLUE<br>CROSS BLUE SHIELD OF NEW<br>HAMPSHIRE,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 04-11355-MEL |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Erica Templeton Spencer of FOLEY & LARDNER LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, hereby enters his appearance as counsel for Defendant Anthem Blue Cross Blue Shield of New Hampshire in the above-captioned matter.

　　　　　　　　　　　　　　　　ANTHEM BLUE CROSS BLUE SHIELD
　　　　　　　　　　　　　　　　OF NEW HAMPSHIRE,
　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　/s/ Erica Templeton Spencer
　　　　　　　　　　　　　　　　Erica Templeton Spencer (BBO # 651967)
　　　　　　　　　　　　　　　　Foley & Lardner LLP
　　　　　　　　　　　　　　　　111 Huntington Avenue
　　　　　　　　　　　　　　　　Boston, Massachusetts 02199
　　　　　　　　　　　　　　　　Telephone: 617-342-4000
　　　　　　　　　　　　　　　　Facsimile: 617-342-4001

DATED: May 20, 2008

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2008 the foregoing document has been filed by electronic means through the ECF system.

/s/ Erica Templeton Spencer