UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>JOHN M. GREABE,<br><br>    Plaintiffs<br><br>v.<br><br>BLUE CROSS BLUE SHIELD ASSOCIATION<br>and ANTHEM BLUE CROSS BLUE SHIELD<br>OF NEW HAMPSHIRE<br><br>    Defendants | Civil Action No. 04-11355 RWZ |

**DECLARATION OF ADAM R. MORDECAI, ESQUIRE
SUPPORTING *PRO HAC VICE* ADMISSION**

I, Adam R. Mordecai, being duly sworn, do hereby depose and state as follows:

1. I am a member of the firm of Wiggin & Nourie, P.A., 670 No. Commercial Street, Suite 305, P.O. Box 808, Manchester, NH 03105-0808, telephone number 603-669-2211.

2. I have been admitted to practice in the State of New Hampshire since 2006.

3. I am in good standing and eligible to practice in each of the courts in which I am admitted.

4. I am not currently suspended or disbarred in any jurisdiction, nor am I the subject of any pending disciplinary matters.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare the foregoing to be true and accurate statements based on the above-referenced information and my belief.

Signed under pains and penalties of perjury:

June 10, 2008
Date

_____
Adam R. Mordecai

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Personally appeared before me this 10th day of June, 2008, the above-named Adam R. Mordecai, who made oath that the foregoing statements by him are true to the best of his knowledge and belief.

_____
Justice of the Peace / Notary Public

KATHLEEN M. CARTER
MY COMMISSION EXPIRES
FEB. 22, 2011
NOTARY PUBLIC
NEW HAMPSHIRE

00924178.DOC