UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE, <br><br> Relator, <br><br> vs. <br><br> BLUE CROSS BLUE SHIELD ASSOCIATION and ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE, <br><br> Defendants. | C.A. No. 04-11355-MEL |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Anthem Health Plans of New Hampshire, Inc., incorrectly identified as "Anthem Blue Cross Blue Shield of New Hampshire" in the Second Amended Complaint, submits this corporate disclosure statement:

Anthem Health Plans of New Hampshire, Inc. ("Anthem") is, indirectly, a wholly owned subsidiary of WellPoint, Inc., an Indiana corporation. WellPoint, Inc. is a public company. Other than its parent company, no company owns ten percent or more of Anthem's stock. If necessary, Anthem will supplement this statement in accordance with Rule 7.1(b)(2) of the Federal Rules of Civil Procedure.

BOST_760441.1

ANTHEM HEALTH PLANS
OF NEW HAMPSHIRE, INC.

By its attorneys,

/s/ Michael J. Tuteur
Michael J. Tuteur (BBO # 543780)
Lawrence M. Kraus (BBO # 564561)
Erica Templeton Spencer (BBO # 651967)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617-342-4000
617-342-4001
mtuteur@foley.com

DATED: August 12, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants on August 12, 2008.

/s/ Michael J. Tuteur
Michael J. Tuteur