UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JOHN M. GREABE, <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>BLUE CROSS AND BLUE SHIELD ASSOCIATION <br>and <br>ANTHEM BLUE CROSS BLUE SHIELD OF NEW HAMPSHIRE, <br><br>　　　　　　Defendants. | ) <br>) <br>) <br>) <br>) <br>) <br>) Civil Action No. 04-11355-RWZ <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**DEFENDANT BLUE CROSS AND BLUE SHIELD ASSOCIATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Blue Cross and Blue Shield Association states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  August 14, 2008 Respectfully submitted,

/s/     Adam Feinberg
Anthony F. Shelley
ashelley@milchev.com
Adam P. Feinberg
afeinberg@milchev.com
Miller & Chevalier Chartered
655 15th St., NW
Suite 900
Washington, DC  20005
Telephone:  (202) 626-6800
Fax:  (202) 628-0858

Nicholas J. Nesgos, BBO No. 553177
nnesgos@pbl.com
Jennifer Finger, BBO No. 641830
jfinger@pbl.com
Posternak Blankstein & Lund LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts  02199-8004
Telephone:  (617) 973-6100
Fax:  (617) 367-2315

*Counsel for Defendant Blue Cross and Blue Shield Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing DEFENDANT BLUE CROSS AND BLUE SHIELD ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT to be filed electronically through the Court's ECF system and be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non registered participants this 14th day of August, 2008.


/s/      Adam P. Feinberg
Adam P. Feinberg

886635.1